# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

192

KA 12-01929

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                                           ORDER

BERNARD PITTS, DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JAMES ECKERT OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (NANCY GILLIGAN OF COUNSEL), FOR RESPONDENT.

---

Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered September 20, 2012. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on January 9, 2014 and by the attorneys for the parties on January 6 and 17, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  March 21, 2014                                   Frances E. Cafarell
                                                          Clerk of the Court